GIORDANO, HALLERAN & CIESLA, P.C.
125 Half Mile Road, Suite 300
Red Bank, N.J. 07701-6777
(732) 741-3900
Attorneys for Plaintiff, Tekmark Global Solutions, Inc.
By: James M. Andrews, Esq., NJ 011791979

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| TEKMARK GLOBAL SOLUTIONS, LLC | |
|---|---|
| Plaintiff, | |
| v. | Civil Action No. 2:18-cv-07702-SDW-L-DW |
| NMSC, INC. and ANIYAH CHOUDHARY | **FINAL JUDGMENT BY DEFAULT AGAINST DEFENDANTS NMSC, INC. AND ANIYAH CHOUDHARY, JOINTLY AND SEVERALLY, IN THE AMOUNT OF $769,961.00, PLUS INTEREST** |
| Defendants. | |

**THIS MATTER** having been opened to the Court by Giordano Halleran & Ciesla, P.C., as attorneys for plaintiff Tekmark Global Solutions, LLC ("*Tekmark*"), by way of motion for the entry of final judgment by default pursuant to Federal Rule of Civil Procedure 55 in favor of Plaintiff and against defendant NMSC, Inc. ("*NMSC*") and Aniyah Choudhary ("*Choudhary*") (collectively, "*Defendants*"), jointly and severally, in the amount of $769,961.00, plus interest, and the Court having considered the papers submitted herein, and for good cause shown;

**IT IS** on this 7th day of January, 2019;

**ORDERED** that Plaintiff's motion for the entry of final judgment by default is hereby granted in its entirety; and

**IT IS FURTHER ORDERED** that judgment is hereby entered in favor of Tekmark and against Defendants, jointly and severally, in the amount of $769,~~261.00~~ 691.00, plus prejudgment interest.

Dated: January 7, 2019  _____, U.S.D.J.

Docs #3481111-v1